*Todd Carlson* √ID# 0127452
*(full name/prisoner number)*
*Ada County Jail*
*7210 Barrister Dr*
*Boise, Idaho 83704*
*(complete mailing address)*

**U.S. COURTS**

SEP - 4 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

*Todd Edward Carlson* ,
*(full name)*

Plaintiff,

v.

*Ada County Jail Medical*

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◯ Yes  ☑ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*

☐ Other federal statute *(specify)* _____ ; or diversity of citizenship.

☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is *Todd Carlson* √ID# 0127452 I am a citizen of the State of *Idaho*,

presently residing at *Ada County Jail 7210 Barrister Dr Boise Id 83704*

**PRISONER COMPLAINT - p. 1**

*(Rev. 10/24/2011)*

## C.  DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1.  I am suing _Ada County Jail / Medical Department_, who was acting as _Medical Personnel_
    (defendant)                                                    (job title, if a person; function, if an entity)

for the _Ada County_.
      (state, county, city, federal government, or private entity performing a public function)

2.  *(Factual Basis of Claim)* I am complaining that on _June, July, August 2020_, Defendant did
                                                                    (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
_Medical issues were not constitually inadequate verified Doctor_
_verved me for 15-20 seconds, no physical examinations were made_
_at all. County Jail doctor denied medication prescribed_
_by another doctor for my severe medical pain and nerve_
_damage (Hunt v. Uphoff 199 F. 3d 1220, 1223-24 10th Cir 1999)_
_Treatment by Doctor was not adequate, in regards to my chronic_
_injuries that I was currently seeking treatment for deliberate_
_indifference (Norfleet v. Webster 439 F. 3d 392, 396 (7th Cir 2006))_
_Treatment not so far afield of accepted professional standards as_
_to raise the inference that it was actually based on medical judgement._

3.  *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws: _8th Amendent deliberate indifference_

4.  I allege that I suffered the following injury or damages as a result:
_Ongoing pain resulting from lack of proper medical_
_treatment + medication not followed to help prevent further_
_medical problems with R foot, leg and lower back from_
_2 major back surgeries to my L3, L4 disc in my back_

5.  I seek the following relief: _I want monetary value because standard_
_procedures were not followed for my health care._

6.  I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally),* and/or
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law);* or ☑ Defendant is an entity *(government or private business).*

7.  For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☑ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted.

**PRISONER COMPLAINT - p. 2_**                                          *(Rev. 10/24/2011)*

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          |           |                |         |
|       |          |           |                |         |
|       |          |           |                |         |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am still under Ada County Jails care and not being given proper care. I have no money to pay for an attorney.

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 9/1/2020 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

_____.

Executed at _Ada County Jail_  on _September 1st 2020_
_(Location)_                    _(Date)_

_____
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*